No. 1075. ARTHUR JOHNSON, PETITIONER, *v.* THE UNITED STATES. April 22, 1912. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted, the record presented with the petition

to stand as a return to the writ. *Mr. Paca Oberlin* and *Mr. Joseph Salomon* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.